

**FEDERAL PUBLIC DEFENDER DISTRICT OF HAWAI'I**

Prince Jonah Kūhiō Kalaniani'ole Federal Building
300 Ala Moana Boulevard | Suite 7-104
Honolulu, Hawai'i | 96850-5269
Phone:     (808) 541-2521
Toll Free: (877) 541-2521
Facsimile: (808) 541-3545
Website:   https://hi.fd.org

Craig Jerome
First Assistant Federal Defender
Craig_Jerome@fd.org

September 21, 2023

United States District Clerk's Office
300 Ala Moana Blvd. Room C304
Honolulu, Hawaii  96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 21, 2023, 11:06 am
Lucy H. Carrillo, Clerk of Court

MC 23-00595 JAO-RT

Re:  Appointment of Counsel for Elleryquinn Hisatake

Dear Deputy Clerk:

Mr. Elleryquinn Hisatake is a person charged with local crimes in American Samoa, where he resides. I am informed that the local offenses charged in American Samoa are the subject matter of an investigation into federal Civil Rights violations that will be prosecuted in federal court in Hawai'i.

Although no accusatory instrument has been filed against Mr. Hisatake, he will need the assistance of counsel in order to negotiate with the government and upon the filing of charges in Hawai'i district court.

Attached is a Financial Affidavit completed by Mr. Hisatake which suggests he does not have the means with which to retain counsel.

I am informed that the Office of the Federal Public Defender is likely to seek to represent a co-defendant in the case; thus, I respectfully request that an attorney from the CJA Panel be appointed to represent Mr. Hisatake. Please advise CJA Supervising Attorney Francisco Celedonio (francisco_celedonio@fd.org; 808 541 3065) of the identity of the appointed attorney so he may inform Mr. Hisatake.

Thank you for your assistance in this matter.

Sincerely,

CRAIG JEROME
First Assistant Federal Defender
District of Hawaii

CJ:hh
Attachment